Johanna Rowley, Appellee, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,775.

opinion filed February 5, 1947; released for publication February 21, 1947. James O. Dwight, Charles F. White and Arthur J. Donovan, for appellants; William J. Flaherty and William S. Allen, of counsel; Theodore Sharf, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.